### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCP IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VELOCITY OUTDOOR INC.,<br><br>    Defendant. | C.A. No. 24-863 (JCB) |

### NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 24), Plaintiff MCP IP, LLC consents to conducting trial and hearings on dispositive motions, claim construction, and *Daubert* motions in the Eastern District of Texas, Tyler Division. Plaintiff also consents to status conferences and hearings on any discovery-related motions being held remotely.

| | |
|---|---|
| Dated: June 12, 2025 | FISH & RICHARDSON P.C.<br><br>*/s/Grayson P. Sundermeir*<br>Susan E. Morrison (#4690)<br>Grayson P. Sundermeir (#6517)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>morrison@fr.com<br>sundermeir@fr.com<br><br>Carl E. Bruce<br>Matthew A. Colvin<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070<br>bruce@fr.com<br>colvin@fr.com<br><br>***Counsel for Plaintiff***<br>***MCP IP, LLC*** |