# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCP IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VELOCITY OUTDOOR INC.,<br><br>　　　　Defendant. | Case No. 24-863 (JCB)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF NON-CONSENT TO HEARINGS AND/OR TRIAL IN TEXAS

Pursuant to JCB-CV-77 of the Court's Order Regulating Practice entered in the above-captioned case (D.I. 24), Defendant Velocity Outdoor, Inc., provides this Notice that it does not consent to "trial, see 28 U.S.C. § 1404(a), hearings, *see* Fed. R. Civ. P. 77(b), or both in the Eastern District of Texas, Tyler Division."

Dated: June 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cortlan S. Hitch*
　　　　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　　　　Cortlan S. Hitch (#6720)
　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　　500 Delaware Ave., Ste. 1500
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com
　　　　　　　　　　　　　　　　　　　　　　chitch@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Velocity Outdoor Inc.*